### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Beatty, Floyd G

Printed: 01/29/09

Case Number: 06 B 02210
Judge: Hollis, Pamela S
Filed: 3/8/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Completed - No Disch: December 22, 2008
Confirmed: July 17, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 59,711.21 |  |
| Secured: |  | 42,860.60 |
| Unsecured: |  | 3,042.78 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,000.00 |
| Trustee Fee: |  | 2,827.46 |
| Other Funds: |  | 8,980.37 |
| Totals: | 59,711.21 | 59,711.21 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,000.00 | 2,000.00 |
| 2. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 3. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 4. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 5. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 6. | National Furniture | Secured | 1,298.60 | 1,298.60 |
| 7. | Capital One Auto Finance | Secured | 34,346.10 | 34,346.10 |
| 8. | HSBC Mortgage Services | Secured | 11,545.37 | 7,215.90 |
| 9. | Capital One Auto Finance | Unsecured | 0.07 | 0.07 |
| 10. | Nicor Gas | Unsecured | 644.74 | 644.74 |
| 11. | Resurgent Capital Services | Unsecured | 752.67 | 752.67 |
| 12. | Capital One | Unsecured | 2,374.13 | 0.00 |
| 13. | Portfolio Recovery Associates | Unsecured | 1,645.30 | 1,645.30 |
| 14. | Selina Horton | Priority |  | No Claim Filed |
| 15. | Jacienta Smith | Priority |  | No Claim Filed |
| 16. | Resurgent Capital Services | Unsecured |  | No Claim Filed |
| 17. | Riverview Community Bank | Unsecured |  | No Claim Filed |
| 18. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 19. | Elan Financial Services | Unsecured |  | No Claim Filed |
| | | | $ 54,606.98 | $ 47,903.38 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Beatty, Floyd G

Printed: 01/29/09

Case Number:  06 B 02210

Judge:  Hollis, Pamela S

Filed:  3/8/06

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 6.60 |
| 5% | 164.83 |
| 4.8% | 330.94 |
| 5.4% | 1,483.61 |
| 6.5% | 841.48 |
| | $ 2,827.46 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

